UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIF M QAZI, | No. 2:25-cv-02791 TLN CSK |
| Petitioner, | |
| v. | ORDER |
| SERGIO ALBARRAN, et al., | |
| Respondent. | |

Petitioner, an immigration detainee proceeding through counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner paid the filing fee. On November 18, 2025, this action was referred to the undersigned for further proceedings. (ECF No. 16.)

The court has conducted a preliminary review of the petition pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254.[1] Because petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent is directed to show cause why the writ should not be granted by filing an answer or motion to dismiss within 14 days from the date of this order. See 28 U.S.C. § 2243.

///

---

[1] Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondent is directed to file an answer or motion to dismiss within 14 days from the date of this order. Respondent shall include with the answer or motion to dismiss any and all transcripts or other documents relevant to the determination of the issues presented in the application.

2. Petitioner's reply/traverse to an answer or opposition to a motion to dismiss, if any, is due within 14 days after being served with a copy of respondent's answer or motion to dismiss. A reply by respondent to an opposition to a motion to dismiss is due within 7 days after being served with the opposition.

3. The Clerk of the Court shall serve a copy of this order, the form Consent to Proceed Before United States Magistrate Judge and a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the United States Attorney.

4. Petitioner and Respondent shall file their consent forms within 14 days from the date of this order.

Dated: November 24, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/qazi2791.100.2241.imm

2