UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIF M. QAZI, | No.  2:25-cv-2791 TLN CSK |
| Petitioner, | |
| v. | ORDER |
| SERGIO ALBARRAN, et al., | |
| Respondents. | |

Petitioner is an immigration detainee proceeding through counsel with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner is not in ICE custody.   On December 23, 2025, petitioner's counsel filed an opposition to respondent's motion to dismiss.  (ECF No. 23.)  However, the opposition is not signed.  (Id. at 20.)

"Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name."  Fed. R. Civ. P. 11(a).  The court is unable to consider the opposition unless counsel signs and re-files the opposition.  Petitioner's counsel is granted an opportunity to re-file an opposition bearing an appropriate signature.

Accordingly, IT IS HEREBY ORDERED that within seven days from the date of this order, petitioner's counsel shall re-file a signed opposition (ECF No. 23).  Failure to submit a signed opposition may result in an order imposing sanctions, or a recommendation that respondents' motion be granted.

1

Dated:  January 21, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/qazi2791.r11.imm